## CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL TO THE COURT OF APPEALS

**APPELLATE NO.**
(To be filled in by COA)

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

4/22/2015 11:13:17 AM

CATHY S. LUSK
Clerk

**TRIAL COURT NO. 2014-0700**

**STATE OF TEXAS**             **217TH JUDICIAL DISTRICT COURT**

**VS.**             **COURT OF**

**DAVID DAILEY**             **ANGELINA COUNTY, TEXAS**

**The records of my office reflect the following information in this case:**

**CASE TYPE:**      POSS CS PG 1<1G AND TAMPER FABRICATE PHYSICAL EVIDENCE W/ INTENT TO IMPAIR

**JUDGMENT OF APPEALABLE ORDER SIGNED:**

**MOTION FOR NEW TRIAL FILED:**

**NOTICE OF APPEAL FILED:**     04/16/2015

**REQUEST FOR FINDINGS OF FACT:**

**DATE REQUEST FOR REPORTER'S RECORD FILED:**

**PRESIDING TRIAL COURT JUDGE:**     HON. ROBERT K. INSELMANN, JR.

**TRIAL COURT REPORTER(S):**   TERRI DAVIS

**WAS APPELLANT DELCARED INDIGENT?**       YES          NO

**APPELLANT'S COUNSEL IS:**    Retained       Appointed       Pro se

**APPELLANT'S ATTORNEY:**    N/A
          **ADDRESS:**
          **TELEPHONE:**         **FAX:**
    **STATE BAR CARD NO.:**

1

**\*APPELLEE'S ATTORNEY:**    APRIL AYERS-PEREZ

         **ADDRESS:**    P.O. BOX 908
                             LUFKIN, TX 75902

       **TELEPHONE:**    936-632-5090

**STATE BAR CARD NO.:**    24090975

**DATED THIS 22ND DAY OF APRIL, 2015.**



    **Reba D. Squyres**
    **Angelina County District Clerk**
    **/S/Robin J. Crain, Deputy Clerk**

**(Complete in duplicate – Original to 12th Court of Appeals/Trial Court)**
    **1517 W. Front St., Suite 354, Tyler, TX 75702**

**\*\*PLEASE ATTACH A FILE-MARKED COPY OF THE NOTICE OF APPEAL TO THIS FORM.  PLEASE BE SURE THAT ALL OF THE REQUESTED INFORMATION IN COMPLETE.  THANK YOU.**

2



2014-0700

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | OF |
| | § | |
| DAVID DAILEY | § | ANGELINA COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, David Dailey, Defendant by and through Counsel in the above numbered cause, and would show this Honorable Court the following:

The Defendant wishes to appeal the judgment of conviction and sentence in this case to the 12th Judicial Court of Appeals, Tyler, Texas.

WHEREFORE, PREMISES CONSIDERED, Defendant does herein formally gives his Notice of Appeal.

Respectfully Submitted,

John W. Tunnell
Attorney at Law
Tx SB# 20292100
P. O. Box 414
315 East Frank Ave.
Lufkin, Texas 75902-0414
Phone: 936-699-3131
Facsimile: 936-699-2901

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via hand delivery to the below listed counsel on this 16th day of April, 2015.

Angelina County District Attorney's Office
P. O. Box 908
Lufkin, Texas 75902-0908

_____
John W. Tunnell

2

4